NATALIE K. WIGHT, OSB #035576
United States Attorney
District of Oregon
**GARY Y. SUSSMAN, OSB #873568**
Assistant United States Attorney
gary.sussman@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2902
Telephone: (503) 727-1000
Attorneys for the United States of America

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | No. 3:23-cr-00185-IM |
| v. | **INFORMATION** |
| **RICHARD RANKIN FELLERS**, | 18 U.S.C. § 2423(b) |
| Defendant. | |

THE UNITED STATES ATTORNEY ALLEGES:

<u>COUNT 1</u>
**(Interstate Travel to Engage in Illicit Sexual Conduct with a Minor)**
**(18 U.S.C. § 2423(b))**

On or about June 23, 2020, in the District of Oregon and elsewhere, defendant

**RICHARD RANKIN FELLERS** knowingly traveled in interstate commerce for the

purpose of engaging in illicit sexual conduct, as defined in Title 18, United States Code,

Section 2423(f), namely an unlawful sexual act with Minor Victim 1, a person under 18 years of age.

In violation of Title 18, United States Code, Section 2423(b).

DATED: May 24, 2023.   Respectfully submitted,

NATALIE K. WIGHT
United States Attorney

*/s/ Gary Y. Sussman*
GARY Y. SUSSMAN, OSB #873568
Assistant United States Attorney